DECKER & MAGAW
507 WESTFIELD AVENUE
WESTFIELD, NEW JERSEY 07090
PHONE: (908) 301-9399
FAX: (908) 301-9428
Attorney for Defendant(s), Dinner – Bel Inc. d/b/a PB's Diner Restaurant
Our File Number: 79.10746

| JACK LEWIS, ET AL., | UNITED STATES DISTRICT COURT |
| --- | --- |
| Plaintiff(s), | DISTRICT OF NEW JERSEY |
| vs. | CASE NO.: 1:17-CV-03523-JHR-AMD |
| PB'S DINER & TAPROOM, ET AL., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant(s). | |

The matter in difference in the above entitled action having been amicably adjusted by and between the Plaintiff, Jack Lewis and Defendant, Dinner – Bel Inc. d/b/a PB's Diner Restaurant is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

SACCHETTA & BALDINO

_____
Gerald B. Baldino, Jr., Esq.
Attorney for Plaintiff, Jack Lewis

DECKER & MAGAW

_____
Thomas J. Decker
Attorneys for Defendant, Dinner – Bel Inc. d/b/a PB's Restaurant

Date: December 18, 2018